FILE COPY

No. 07-20-00093-CV

| | | |
|---|---|---|
| Western Marketing, Inc. and Todd Pitts<br>     Appellants | § | From the 251st District Court<br>     of Potter County |
| | § | |
| v. | § | March 18, 2021 |
| AEG Petroleum, LLC<br>     Appellee | § | Opinion by Chief Justice Quinn |

## **J U D G M E N T**

The Court's judgment rendered January 6, 2021, in this cause is withdrawn and, in lieu thereof, the following judgment is rendered:

Pursuant to the opinion of the Court dated March 18, 2021, it is ordered, adjudged, and decreed that the judgment of the trial court be reversed in part and affirmed in part and that this cause is remanded to the trial court for further proceedings.

It is further ordered that all costs incurred are adjudged against the party incurring the same, for which let execution issue.

It is further ordered that this decision be certified below for observance.

o O o